**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1490

TADDESE AYELE SEYOUM,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A95-899-567)

Submitted: November 21, 2005    Decided: December 30, 2005

Before WILKINSON, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Oti W. Nwosu, Arlington, Virginia, for Petitioner. Peter D.
Keisler, Assistant Attorney General, Michael P. Lindemann,
Assistant Director, Christopher C. Fuller, Senior Litigation
Counsel, Office of Immigration Litigation, Civil Division, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Taddese Ayele Seyoum, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals (Board) denying a motion to reopen. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. See INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Seyoum, A95-899-567 (B.I.A. Apr. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -